```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 06629
    LINDA A JACKSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7976


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/20/2004 and was confirmed 06/09/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.57% from remaining funds.

    The case was paid in full 09/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
MERCURY FINANCE            SECURED            4295.00         492.60        4295.00
MERCURY FINANCE            UNSECURED           803.22            .00         141.09
FIRST CONSUMERS NB         UNSECURED           865.12            .00         151.97
CARD SERVICE CENTER        UNSECURED          5428.86            .00         953.63
PREMIER BANCARD CHARTER    UNSECURED OTH       229.83            .00          40.35
ECAST SETTLEMENT CORP      UNSECURED           681.72            .00         119.75
B-FIRST LLC                UNSECURED          4375.82            .00         768.66
ROOSEVELT UNIVERSITY       UNSECURED        NOT FILED            .00             .00
MERCURY FINANCE            SECURED                .00            .00             .00
INTERNAL REVENUE SERVICE   UNSECURED          2429.31            .00         426.73
FIRST CONSUMERS NB         UNSECURED               .00           .00             .00
LEDFORD & WU               DEBTOR ATTY       2,394.00                      2,394.00
TOM VAUGHN                 TRUSTEE                                           536.22
DEBTOR REFUND              REFUND                                            110.12

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 10,430.12

PRIORITY                                              .00
SECURED                                          4,295.00
    INTEREST                                       492.60
UNSECURED                                        2,602.18
ADMINISTRATIVE                                   2,394.00
TRUSTEE COMPENSATION                               536.22
DEBTOR REFUND                                      110.12
                       --------------       --------------
TOTALS                   10,430.12            10,430.12



              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 06629 LINDA A JACKSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 06629 LINDA A JACKSON